JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RYAN PATRICK ALLEN, | Case No. EDCV 17-2526-JPR |
| Plaintiff, | **JUDGMENT** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

For the reasons set forth in the accompanying Memorandum Decision and Order, it is hereby ADJUDGED that (1) Plaintiff's request for an order remanding the case is DENIED; (2) the Commissioner's request for an order affirming her final decision and dismissing the action with prejudice is GRANTED; and (3) judgment is entered in the Commissioner's favor.

DATED: March 27, 2019

JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE